UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 19-mj-06485-MPK |
| | ) | |
| JIALI WANG | ) | |

**Assented-to Motion to Modify Conditions of Release.**

Defendant, Jiali Wang, by and through undersigned counsel, hereby moves the Court for an order modifying the conditions of pretrial release imposed in this matter to adjust Defendant's curfew in order to permit Defendant leave his home each day between the hours of 8:00 a.m. and 8:00 p.m. Assistant U.S. Attorney Jordi De Llano assents to this motion.

Defendant is currently charged by complaint with Conspiracy to Commit Securities Fraud, in violation of Title 18, U.S.C., §371. [Docket No. 1]. The time within which the government must indict has been extended by agreement of the parties. On January 24, 2020, Defendant was released on a $1.4 million secured bond and conditions that included home detention. [Docket Nos. 49 and 50]. As part of Defendant's home detention, this Court ordered that Defendant would be permitted to leave his residence for two hours each day until the parties were able to work out GPS monitoring issues. [Docket No. 49]. Upon resolution of the GPS monitoring issues, Defendant's conditions of release were modified to permit Defendant to leave his residence for a total of four hours each day, between the hours of 10:00 a.m. and 12:00 p.m. and 4:00 p.m. and 6:00 p.m.

1

On December 16, 2020, this Court granted Defendant's assented-to motion to extend the Defendant's weekend hours to 10:00 a.m. and 8:00 p.m.  Defendant has fully complied with his release conditions and now seeks to modify his conditions of release to permit him to leave his residence each day between the hours of 8:00 a.m. and 8:00 p.m.

The parties agree that all other conditions of release shall remain in place, including Defendant's travel being restricted to Massachusetts.

April 28, 2021

Respectfully Submitted,
Jiali Wang,
By his attorney,

/s/ William H. Connolly
William H. Connolly
BBO # 634501
20 Park Plaza, Suite 1000
Boston, MA 02116
617-542-0200

Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on April 28, 2021.

/s/ William H. Connolly

2